# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ALTHEA L. HANEY**                                                                       **PLAINTIFF**

v.                                                   CAUSE NO. 1:23-cv-71-LG-RPM

**WAL-MART STORES EAST, LP**                                                **DEFENDANT**

## JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2023.

                                                         s/ *Louis Guirola, Jr.*
                                                         Louis Guirola, Jr.
                                                         United States District Judge